William J. O'CONNOR, Respt., v. Charles LOESCH, impld., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Ingraham, P. J., and McLaughlin, J., dissenting. Order filed.

O'GRADY, Respondent, v. FINUCANE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 1, 1915.) Action by James M. E. O'Grady against Thomas W. Finucane and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

Alfred E. OMMEN, Respt., v. Arthur W. LITTLE et al., Applts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

In the Matter of Thomas J. O'NEILL. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied. Settle order on notice.

ONONDAGA COUNTY, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by the County of Onondaga against the City of Buffalo. No opinion. Judgment affirmed, with costs.

ORAVECS v. PHILADELPHIA & R. R. CO. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Steve Oravecs against the Philadelphia & Reading Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 156 N. Y. Supp. 1137.

ORAVECS, Respondent, v. PHILADELPHIA & R. R. CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 10, 1915). Action by Steve Oravecs against the Philadelphia & Reading Railroad Company. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Orders filed. See, also, 156 N. Y. Supp. 1137.

ORFORD, Appellant, v. J. S. BRIGGS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 1, 1915.) Action by William T. Orford against the J. S. Briggs Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

Bernard O'ROURKE, respondent, v. McMULLEN–SNARE & TRIEST, Inc., appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Thomas, Stapleton, Rich, and Putnam, JJ., concur. Jenks, P. J., dissents.

Mary J. O'SHEA, as administratrix, etc., of Timothy O'Shea, deceased, respondent, v. M. J. RUDOLPH COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and order unanimously affirmed, with costs. No opinion.

Mary A. OSTRANDER, respt., v. Charles F. BRICKA and one, applts. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment (91 Misc. Rep. 255, 154 N. Y. Supp. 786) affirmed with costs. All concur.

Mary A. OSTRANDER, respt., v. Charles F. BRICKA and one, applts. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

OWEN, Respondent, v. CORNING & P. P. ST. RY., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by Anna Owen against the Corning & Painted Post Street Railway. No opinion. Appeal dismissed, without costs, upon stipulation filed.

Emmanuel M. PACHINAKIS, appellant, v. Jesse W. UPPERCU, respondent. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) In view of the stipulation filed by the defendant as to the verification of the reply, the motion is denied, without costs.

Alexander R. PEACOCK, respt., v. Gilbert T. RAFFERTY, applt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment affirmed with costs. All concur.

Alexander R. PEACOCK, respt., v. Gilbert T. RAFFERTY, applt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Order reversed with $10 costs and disbursements and motion denied, with $10 costs. Held: That the case is not difficult and extraordinary within the intent of the statute. All concur.

A. Wellington PECK and John Francis Peck, as executors of the last will and testament of Albert T. Peck, deceased, applts., v. Alice E. BRADLEY, respt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Order unanimously affirmed, with $10 costs and disbursements.

PEERLESS TRADING COMPANY, applt., v. Cleland A. WARD and Josephine C. Ward, respts. (Supreme Court, Appellate Division. Third Department. January 18, 1916.) Order unanimously affirmed, with $10 costs and disbursements.

Louis PEIRANO, Applt., v. Charles BARSOTTI, Respt. (Supreme Court, Appellate Division, First Department. January 21, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.